1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

WILLIE WEAVER,                          )
                                        )     No. C 07-03293 JW (PR)

12

            Plaintiff,                   )
                                        )

13

    vs.                                  )     ORDER GRANTING EXTENSION
                                        )     OF TIME TO FILE *IN FORMA*

14

                                        )     *PAUPERIS* APPLICATION

PELICAN BAY STATE PRISON, et            )

15

                                        )

al.,                                    )     (Docket No. 3)

16

                                        )

            Defendant(s).

17
18

_____

19

        On June 22, 2007, plaintiff filed this <u>pro</u> <u>se</u> civil rights action.  On that same

20

day the clerk of the Court sent a notification to plaintiff that he had not paid the

21

appropriate filing fee of $350.00 or submitted a completed application for leave to

22

proceed <u>in forma</u> <u>pauperis</u>.  The Court provided a copy of the correct form for

23

application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, along with a return envelope, instructions,

24

and a notification that the case would be dismissed if plaintiff failed to pay the fee or

25

file the completed application within thirty days.  On July 23, 2007, plaintiff

26

submitted a motion for extension of time to file a completed application for leave to

27
28

Order Granting Extension of Time to file IFP Application
N:\Pro - Se\8.17.2007\07-03249 Weaver03293_ifp-eot.wpd

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

1    proceed <u>in forma pauperis</u>. (Docket No. 3)

2        Accordingly, the Court will extend the time for plaintiff to complete the <u>in</u>

3    <u>forma pauperis</u> application and provide the accompanying certificate of funds and a

4    six-month statement of his trust account.  The application and documentation must

5    be filed with the Court no later than **<u>thirty (30) days</u>** from the date of this order.

6    Plaintiff must submit his accompanying documentation within the thirty-day

7    deadline, or the Court will dismiss the case without prejudice for failure to pay the

8    filing fee.

9        This order terminates Docket No. 3.

10

11    DATED:    August 2, 2007

12                                                    JAMES WARE
                                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Order Granting Extension of Time to file IFP Application
      N:\Pro - Se\8.17.2007\07-03249 Weaver03293_ifp-eot.wpd    2