**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>        Plaintiff,<br><br>  vs.<br><br>INMATES IN CELL 218, 219, et al.,<br><br>        Defendant(s). | No. C 07-03249 JW (PR)<br><br>JUDGMENT |

    For the reasons stated on the order of dismissal, the complaint is DISMISSED without prejudice. Judgment is entered accordingly.

    The clerk shall close the file.

DATED: October 9, 2007

JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.07\Weaver03249_judgment.wpd