**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, ) | No. C 07-03249 JW (PR) |
|       Plaintiff, ) | |
|   vs. ) | ORDER DENYING MOTION TO VACATE JUDGMENT |
| INMATES IN CELL 218, 219, et al., ) | |
|       Defendant(s). ) | |
| ) | (Docket No. 13) |

      Plaintiff filed a motion to vacate judgment (Docket No. 13) pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. Rule 59 permits parties to an action in which there has been a trial by jury to move for a new trial for the reasons set forth therein. See Fed. R. Civ. P. 59(a). There was no trial by jury in this action as Plaintiff's complaint was dismissed pursuant 28 U.S.C. §1915(g). (Docket No. 10) Accordingly, Plaintiff's motion is DENIED.

      This order terminates Docket No. 13.

DATED: June 10, 2008

JAMES WARE
United States District Judge

Order Denying Motion to Vacate Judgment
P:\PRO-SE\SJ.JW\CR.07\Weaver03249_motion.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>            Plaintiff,<br><br>  v.<br><br>INMATES IN CELL 218, 219, et al.,<br><br>            Defendants._____/ | Case Number: CV07-03249 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   6/17/2008  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Eugene Weaver J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000

Dated:   6/17/2008

                                               Richard W. Wieking, Clerk
                                           /s/ By: Elizabeth Garcia, Deputy Clerk